Dismissed and
Memorandum Opinion filed August 12, 2010.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-91-00536-CV

____________

 

JESSIE A. WILLIAMS, Appellant

 

V.

 

BARBARA J. WILLIAMS, Appellee

 

 

 

 



On Appeal from the 247th District Court

Harris County, Texas

Trial Court Cause No. 90-48657

 

 

 



MEMORANDUM
OPINION

            This is an appeal from a judgment signed February 20, 1991. 
On November 21, 1991, this court abated the appeal because appellant, Jessie
A. Williams, petitioned for voluntary bankruptcy in the United States
Bankruptcy Court for the Southern District of Texas, under cause number
91-48154-H5-7.  See Tex. R. App. P.
8.2.  This appeal has been abated and treated as a closed case since November
21, 1991.  The court has not been advised that any party wishes to reinstate
the appeal.  

            On July 8, 2010, this court notified the parties that unless
any party to the appeal filed a motion demonstrating good cause to retain the
appeal on or before July 23, 2010, this appeal would be dismissed for want of
prosecution.  See Tex. R. App. P. 42.3(b).  No response was filed.  

            Accordingly, we reinstate the appeal and order it dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices
Anderson, Frost, and Brown.